AO 442 (Rev 11/11) Arrest Warrant

**FILED**
JUN 21 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____D.T_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Cecilia Stepaniak<br><br>_____<br>Defendant | )<br>)<br>)  Case No. 3:24-CR-01313<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(Name of person to be arrested)* Cecilia Stepaniak
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ 2nd Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 371, 7(3) & 13 (T.P.C. § 22.04(a)) – Conspiracy to Commit Injury to a Child

Count 2: 18 U.S.C. §§ 7(3) & 13 (T.P.C. § 22.04(a)) – Injury to Child

Count 3: 18 U.S.C. §§ 7(3) & 13 (T.P.C. § 22.041(c)) – Child Endangerment

Count 4: 18 U.S.C. §§ 7(3) & 13 (T.P.C. § 22.041(b)) – Child Abandonment

Date: 6/20/24                                                  _M. [signature]_
                                                                *Issuing Officer Signature*

City and state:  El Paso, Texas                    Robert F. Castaneda, US Magistrate
                                                                *Printed Name and Title*

### Return

This warrant was received on *(date)* 6/20/2024, and the person was arrested on *(date)* 6/20/2024
at *(city and state)*  El Paso, Texas

Date: 6/20/2024                                              _[signature]_
                                                                *Arresting Officer's Signature*

                                                                Colette Baumle, Special Agent, FBI
                                                                *Printed Name and Title*