UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. EP-24-CR-1313-DCG |
| | ) | |
| CECILIA STEPANIAK | ) | |

## NOTICE OF FILING

Comes now Defendant, Cecilia Stepaniak, by and through undersigned counsel, and files this Notice of Filing informing the Court, and all parties involved of the following:

1. Defendant hereby submits Defendant Exhibits 1 through 17 in support of Defendant's Response in Opposition to the Government's Motion for Revocation of Bond.

2. Exhibit 16 is video/audio file titled, "No Extension.mp3".

3. Submission is made via BOX.com.

Pursuant to conversation today between AUSA Barbosa and undersigned counsel, Exhibits 1 through 17 will be provided in physical form to the Government prior to the hearing.

                                                    Respectfully submitted,

                                                    MAUREEN SCOTT FRANCO
                                                    Federal Public Defender

                                                        /S/
                                                  SHANE M. MCMAHON
                                                  Western District of Texas
                                                  Richard C. White Federal Building
                                                  700 E. San Antonio, Suite D-401
                                                  El Paso, Texas 79901
                                                  (915) 534-6525
                                                  *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of July, 2024, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing and hand delivered to the following participants:

Nallely A. Barbosa
Debra P. Kanof
Assistant United States Attorney
700 E. San Antonio, Suite 200
El Paso, Texas 79901

                                                      /S/
                                        SHANE M. MCMAHON