**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CRIMINAL NO. EP- 24-CR-1313-DCG** |
| **(1) CECILIA STEPANIAK** | § § § | |
| **Defendant.** | § § | |

**GOVERNMENT'S EXHIBIT LIST FOR HEARING ON MOTION TO REVOKE BOND**

The United States, by and through the undersigned Assistant United States Attorneys, files the Government's Exhibit List in support of the Hearing on Motion to Revoke Bond. Pursuant to the Court's instructions, the exhibits are being submitted via Box.com. The Government will seek to introduce (not necessarily in the order presently listed) some or all of the items listed below.

| Exhibit Number | Description | Type |
|---|---|---|
| 1 | Body Cam Video #1 | Video |
| 2 | Body Cam Video #2 | Video |
| 3 | Body Cam Video #3 | Video |
| 4 | Video of Coreydon Stepaniak in Cecilia Stepaniak's iCloud | Video |
| 5 | 388th Judicial District of El Paso, Texas Temporary Restraining Order | PDF |
| 6 | Arizona Application for an Order of Protection Against Robert Rosa | PDF |
| 7 | Arizona Order of Protection Against Robert Rosa | PDF |

| 8 | University of Miami Child Protection Team Forensic Interview Report | PDF |
|---|---|---|
| 9 | El Paso Police Department Report Made by Cecilia Stepaniak | PDF |
| 10 | Military Police Reports Regarding July 8, 2024 Welfare Check | PDF |
| 11 | Glendale Police Department Case Report | PDF |

Respectfully Submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

*Nallely Barbosa*

NALLELY A. BARBOSA
Assistant U.S. Attorney
Texas Bar No. 24120700;

DEBRA P. KANOF
Assistant U.S. Attorney and
Senior Trial Counsel
Texas Bar No. 11093600
700 E. San Antonio, Suite 200
El Paso, Texas 79901

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true copy of this document will be provided to Defendant's Attorney: Shane McMahon

*Nallely Barbosa*
_____
NALLELY A. BARBOSA
Assistant U.S. Attorney