# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **USA** | § |
| | § |
| **vs.** | § **No: EP:24-CR-01313(1)-DCG** |
| | § |
| **(1) Cecilia Stepaniak** | § |

## ORDER VACATING SETTING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY TRIAL** on **Monday, August 18, 2025**, at **9:00 AM**. is hereby **VACATED UNTIL FURTHER ORDER FROM THE COURT.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the Defendant shall notify the defendant.

IT IS SO ORDERED on this 24th day of June, 2025.

_____
HON. DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT
JUDGE