**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **USA** | § |
| | § |
| vs. | § No: EP:24-CR-01313(1,2)-DCG |
| | § |
| **(1) Cecilia Rose Stepaniak** | § |
| **(2) Coreydon Stepaniak** | § |

**ORDER OF REFERRAL FOR MOTIONS**

On this day, the Court takes into consideration the motion [ECF No. 197], filed October 17, 2025, and motion [ECF No 198], filed on October 17, 2025.

The Court now refers both motions to **United States Magistrate Judge Robert F. Castaneda**, for review and determination of said motions.

IT IS SO ORDERED this 24th day of October, 2025.

_____
HON. DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE