UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **USA** § | |
| § | |
| vs. § | **Case Number:** |
| § | **EP:24-CR-01313(1)-DCG** |
| **(1) Cecilia Stepaniak** § | |
| *Defendant* | |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on:

**Thursday, December 4, 2025 at 11:00 AM**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, and the United States Attorney.

IT IS FURTHER ORDERED that if for any reason counsel for the defendant or counsel for the Government is not available, then that attorney must file a motion for continuance.

IT IS SO ORDERED on this **2nd day of December, 2025**.

_____
DAVID C GUADERRAMA
HON. SENIOR UNITED STATES
DISTRICT JUDGE