UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: EP:24-CR-01313(1)-DCG |
| | § | |
| (1) Cecilia Stepaniak | § | |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE** on Tuesday, December 09, 2025 at 09:30 AM, in Room 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **4th day of December, 2025.**

_____
DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE