Prob 12B (7/93)

# UNITED STATES DISTRICT COURT FILED

for



## WESTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

**Name of Offender:** Cecilia Stepaniak, TN: Cecilia Rose Stepaniak

**Case Number:** EP:24-CR-01313-DCG(1)

**Name of Sentencing Judicial Officer:** David C. Guaderrama, Senior U.S. District Judge

**Date of Original Sentence:** November 20, 2025

**Original Offense:** Child Endangerment, in violation of 18 U.S.C. § 7(3) and 13 (T.P.C. § 22.04(c))

**Original Sentence:** One-hundred eighty (180) days imprisonment probated for a term of five (5) years

**Type of Supervision:** Probation

**Date Supervision Commenced:** November 20, 2025

---

## PREVIOUS COURT ACTION

On December 9, 2025, a Status Conference was held and the Court ordered that a modification be made to the conditions of supervision.

On December 30, 2025, a Status Conference was held and the Court ordered that a modification be made to the conditions of supervision.

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ years, for a total term of _____ years.

[ X ]  To modify the conditions of supervision as follows:

1. The defendant shall comply with all current and future orders of any state or family court concerning custody, visitation, or contact with any minor children who are the subject of those orders, and shall promptly provide copies of those orders to the U.S. Probation Office before having any contact with those children.

2. The defendant shall not reside within 8 miles of the minor children who are the subject of those orders.  Additionally, the defendant shall not travel within the boundaries of the following roadways located in Glendale, Arizona: Loop 101 to the West, Loop 101 to the North, I-17 to the East, and Camelback Rd to the South, unless prior permission is obtained from the probation officer.  Travel will not be approved unless you provide 48 hours advanced notice to your probation officer.

3. The defendant shall have no contact with the minor children who are the subject of those orders, directly or indirectly, and shall not knowingly be present in the same

Cecilia Stepaniak, TN: Cecilia Rose Stepaniak
Docket No. EP:24-CR-01313-DCG(1)
Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
P a g e | 2

community location as the minor children who are the subject of those orders without prior approval from the Court or the Probation officer.

[ X ]   To rescind the conditions of supervision as follows:

The defendant shall comply with all current and future orders of any state or family court concerning custody, visitation, or contact with any minor children and shall promptly provide copies of such orders to the U.S. Probation Office prior to any contact with any children

## CAUSE

On November 20, 2025, Cecilia Stepaniak commenced her term of probation in the Western District of Texas, El Paso Division and subsequently transferred to the District of Arizona.   On December 9, 2025, a Status Conference was held and it was agreed that the Government and Defense Counsel would come up with new language to address the listed special condition regarding the compliance with all current and future orders of any state or family court (listed as modification number one).

On December 30, 2025, a virtual Status Conference was held to check on the welfare of the toddler child in possession of Stepaniak.   During the Status Conference, it was initially believed that Stepaniak lived outside of a 20-mile radius of the victim's residence.   However, following the Status Conference, it was discovered that Stepaniak lived inside of the 20-mile radius of the victim's home. Therefore, the condition agreed at the time of the status conference needed to be adjusted to better suit the current distance between Stepaniak residence and the victim's residence.

The modification is an appropriate action provided under 18 U.S.C. § 3583 and the addition of USSG § 5D1.4, which calls for an individualized assessment of the appropriateness of existing conditions. Further, this modification will utilize available resources to continue promoting rehabilitation and ease the person under supervision's transition back into the community. The probation officer will continue to address the needs of the person under supervision while also maintaining public safety.

Stepaniak did not endorse the PROB 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, as these conditions have been ordered by the Court at the time of the previously held Status Conference.

Respectfully submitted,                                    Approved by,

Mario A. Rueda                                             Emilia Caro-Sanchez
U.S. Probation Officer                                     Supervising U.S. Probation Officer
Office (915) 585-6560                                      Office (915) 585-6582
Cellular (915) 822-9574                                    Cellular (915) 861-8795
Date: January 16, 2026

Cecilia Stepaniak, TN: Cecilia Rose Stepaniak
Docket No. EP:24-CR-01313-DCG(1)
Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
P a g e | 3

---

## THE COURT ORDERS:

[   ]   No action.

[   ]   The extension of supervision as noted above.

[✓]   The modification of conditions as noted above.

[   ]   Other

David C. Guaderrama, Senior U.S. District Judge

1/16/26

Date